JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RYAN GRAY,<br><br>            Plaintiff,<br><br>      vs.<br><br>PSC INDUSTRIAL OUTSOURCING, LP; HYDROCHEM, LLC; HYDROCHEM PSC; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01094-AB-MRW<br><br>**ORDER RE: STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>[*Filed concurrently with Stipulation to Dismiss All Claims with Prejudice*]<br><br>Honorable André Birotte, Jr.<br>Courtroom: 7B<br><br>Action Filed: November 25, 2019 |

**ORDER**

Based upon the foregoing stipulation of the Parties, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that this matter be dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

The May 25, 2021 trial date, and all related dates, are now vacated.

DATED this 30th day of September, 2020.

_____
DISTRICT COURT JUDGE